[No. 23036-8-III.   Division Three.   February 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH BRIAN BARTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03433-1, Maryann C. Moreno, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Baker, J. Pro Tem., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 23255-7-III.   Division Three.   February 28, 2006.]

MARILYN L. TEIGEN ET AL., *Appellants,* v. ACME MATERIALS & CONSTRUCTION COMPANY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-03776-8, Jerome J. Leveque, J., entered August 4, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Thompson, J. Pro Tem.

[No. 23583-1-III.   Division Three.   February 28, 2006.]

LYLE MOREHOUSE ET AL., *Respondents,* v. THE DEPARTMENT OF TRANSPORTATION, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-00043-9, Jerome J. Leveque, J., entered November 4, 2004. *Dismissed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.

[No. 23638-2-III.   Division Three.   February 28, 2006.]

THERESA CARROLL, *Appellant,* v. ALLAN MAIXNER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-03724-3, Richard J. Schroeder, J., entered November 17, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.